```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07350
   JOSEPH FLOWERS SR
   CLARISE FLOWERS                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1808    SSN XXX-XX-8685

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/22/2006 and was confirmed 08/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
ARONSON FURNITURE          SECURED              1535.00          .00         757.76
WELLS FARGO BANK NA        CURRENT MORTG            .00          .00             .00
WELLS FARGO BANK NA        MORTGAGE ARRE       4836.58          .00         4006.06
CHASE MANHATTAN            NOTICE ONLY       NOT FILED          .00             .00
CREDIT ACCEPTANCE CORP     SECURED VEHIC       8689.39       735.69         3289.45
CAPITAL ONE AUTO FINANCE   UNSECURED           4019.64          .00             .00
CITY OF CALUMET CITY       UNSECURED            350.00          .00             .00
CITY OF CALUMET CITY       UNSECURED         NOT FILED          .00             .00
CITY OF CALUMET CITY       UNSECURED         NOT FILED          .00             .00
CREDIT PROTECTION ASSOC    NOTICE ONLY       NOT FILED          .00             .00
COMCAST                    UNSECURED         NOT FILED          .00             .00
COMED                      UNSECURED         NOT FILED          .00             .00
COMMONWEALTH EDISON        NOTICE ONLY       NOT FILED          .00             .00
GLOBAL TELEDATA            UNSECURED         NOT FILED          .00             .00
MCI COMMUNICATION          NOTICE ONLY       NOT FILED          .00             .00
ROUNDUP FUNDING LLC        UNSECURED            310.14          .00             .00
MUNSTER SAME DAY SURGERY   UNSECURED         NOT FILED          .00             .00
MUNSTER SAME DAY SURGERY   NOTICE ONLY       NOT FILED          .00             .00
NICOR GAS                  UNSECURED           1468.80          .00             .00
VILLAGE OF GLENWOOD        UNSECURED         NOT FILED          .00             .00
VILLAGE OF GLENWOOD        UNSECURED         NOT FILED          .00             .00
VILLAGE OF GLENWOOD        UNSECURED         NOT FILED          .00             .00
VILLAGE OF LANSING         UNSECURED         NOT FILED          .00             .00
VILLAGE OF LANSING         UNSECURED         NOT FILED          .00             .00
VILLAGE OF LANSING         UNSECURED         NOT FILED          .00             .00
VILLAGE OF RIVERDALE       UNSECURED            300.00          .00             .00
VILLAGE OF RIVERDALE       UNSECURED         NOT FILED          .00             .00
VILLAGE OF RIVERDALE       UNSECURED         NOT FILED          .00             .00
VILLAGE OF RIVERDALE       UNSECURED         NOT FILED          .00             .00
VILLAGE OF RIVERDALE       UNSECURED         NOT FILED          .00             .00
VILLAGE OF RIVERDALE       UNSECURED         NOT FILED          .00             .00
VILLAGE OF RIVERDALE       UNSECURED         NOT FILED          .00             .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07350 JOSEPH FLOWERS SR & CLARISE FLOWERS

```
VILLAGE OF RIVERDALE        NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF RIVERDALE        NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF RIVERDALE        NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF RIVERDALE        NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF RIVERDALE        NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF RIVERDALE        NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF RIVERDALE        NOTICE ONLY    NOT FILED              .00            .00
ARONSON FURNITURE           UNSECURED          170.90              .00            .00
PREMIER BANCARD CHARTER     UNSECURED          388.04              .00            .00
ECAST SETTLEMENT CORP       UNSECURED          427.35              .00            .00
B-REAL LLC                  UNSECURED             .00              .00            .00
NICOR GAS                   SECURED NOT I    2950.42              .00            .00
STARKS & BOYD PC            DEBTOR ATTY     1,474.00                       1,474.00
TOM VAUGHN                  TRUSTEE                                          597.04
DEBTOR REFUND               REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                10,860.00

PRIORITY                                              .00
SECURED                                          8,053.27
    INTEREST                                       735.69
UNSECURED                                             .00
ADMINISTRATIVE                                   1,474.00
TRUSTEE COMPENSATION                               597.04
DEBTOR REFUND                                         .00
                       ---------------         ---------------
TOTALS                 10,860.00                10,860.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 07350 JOSEPH FLOWERS SR & CLARISE FLOWERS